R. Shawn Oller, Bar No. 019233
soller@littler.com
Michael B. Guilliam, Bar No. 035069
mguilliam@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone:    602.474.3600
Fax No.:        602.957.1801

Attorneys for Defendant Copper Springs Hospital, LLC
dba Copper Springs East

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabrina S. Masters,<br><br>   Plaintiff,<br><br>v.<br><br>Copper Springs Hospital East,<br><br>   Defendant. | Case No.<br><br>**DEFENDANT COPPER SPRINGS HOSPITAL, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. W§§ 1331 (FEDERAL QUESTION), 1441 AND 1446**<br><br>(Removed from Maricopa County Superior Court, Case No. CV2023-008949) |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Copper Springs Hospital, LLC, dba Copper Springs East ("Defendant") hereby removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona. This Court has original jurisdiction under pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446 and LRCiv 3.6. Defendant respectfully submits the following statement of grounds for removal on the basis of this Court's federal question jurisdiction.

1.   On June 15, 2023, Plaintiff Sabrina Masters ("Plaintiff") filed a Complaint in the Maricopa County Superior Court, State of Arizona, entitled *Sabrina S. Masters v. Copper Springs Hospital East,* Case No. CV2023-008949. Specifically, Plaintiff's Complaint purports to assert claims of unlawful discrimination and retaliation during her

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 E Camelback Rd
Suite 900
Phoenix, AZ  85016
602.474.3600

1. employment. A true and correct copy of the Complaint is attached to this Notice of Removal as **Exhibit 1**.

2. On June 21, 2023, a process server purported to serve Defendant, via Littler Mendelson, with copies of the state court Summonses (7), Certificate of Compulsory Arbitration, and Complaint. A true and correct copy of the complete state court file including summonses, pleadings, and orders in the State Court Action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are also attached as **Exhibit 2**.

3. Accordingly, Defendant has filed this Notice of Removal within 30 days after service of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. §1446(b). Specifically, each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons. 28 U.S.C. §1446(b)(2)(B).

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 and Defendant properly removed it to this Court under 28 U.S.C. § 1441(a) because Plaintiff has alleged a federal question. Specifically, Plaintiff's Complaint purports to state a cause of action for harassment, discrimination, and retaliation under Title VII of the Civil Rights Act of 1964 and discrimination under 42 U.S.C. § 1981.

5. Accordingly, because Plaintiff asserts a claim under the laws of the United States, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to 28 U.S.C. § 1331 and 1441(a). "A case arise[s] under federal law within the meaning of § 1331 . . . if a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Cook Inlet Region, Inc. v. Rude*, 690 F.3d 1127, 1130 (9th Cir. 2012) (quoting *Empire Healthchoice Assurance, Inc. v. McVeigh*, 547 U.S. 677, 689–90 (2006)) (internal citation omitted).

6. Supplemental jurisdiction exists over Plaintiff's remaining state law claims. *See* 28 U.S.C. §§ 1367, 1441(c). In any civil action in which this Court has original jurisdiction, it also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over all state law claims that are so related to the claims in this action within its original jurisdiction that

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 E Camelback Rd
Suite 900
Phoenix, AZ 85016
602.474.3600

they form part of the same case and controversy. Plaintiff's state law claims are based on the same operative facts as Plaintiff's federal claim. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims.

7. Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a) because the Maricopa County Superior Court is located within this District.

8. Based on the foregoing this Action is properly removed to this Court.

9. Defendant has given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court filed in the Maricopa County Superior Court, State of Arizona, is attached as **Exhibit 3**.

10. Defendant filed a Notice to State Court of Removal of Civil Action to Federal Court in the Maricopa County Superior Court, State of Arizona, and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached as **Exhibit 4**.

Dated: July 11, 2023

Respectfully submitted,

*s/Michael B. Guilliam*
R. Shawn Oller
Michael B. Guilliam
LITTLER MENDELSON, P.C.

Attorneys for Defendant Copper Springs Hospital, LLC dba Copper Springs East

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed and emailed a copy of same to the following if non-registrants, this 11th day of July, 2023, to:

Sabrina S. Masters
1728 West Wayland Drive
Phoenix, Arizona 85041
Masters_sabrina1987@hotmail.com
Plaintiff *Pro Persona*

By: *s/Michelle Renee Mercure*

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 E Camelback Rd
Suite 900
Phoenix, AZ 85016
602.474.3600

3